No. 349.  KING *v.* RAGEN, WARDEN;

No. 350.  SHAFFER *v.* RAGEN, WARDEN; and

No. 351.  ALEXANDER *v.* RAGEN, WARDEN, ET AL.  October 14, 1946.  Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 352.  NOETH *v.* RAGEN, WARDEN.  Petition for writ of certiorari to the Criminal Court of Cook County, Illinois;

No. 353.  NOETH *v.* RAGEN, WARDEN.  Petition for writ of certiorari to the Circuit Court of Will County, Illinois; and

No. 354.  NOETH *v.* RAGEN, WARDEN.  Petition for writ of certiorari to the Supreme Court of Illinois.  October 14, 1946.  Denied.

No. 357.  HIPP *v.* UNITED STATES.  October 14, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *James F. Kemp* for petitioner.  *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 365.  CURRY *v.* RAGEN, WARDEN; and

No. 366.  STOKER *v.* RAGEN, WARDEN.  October 14, 1946.  Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 370.  EGAN *v.* CALIFORNIA.  October 14, 1946.  Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California; and